**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| MEGAN WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: _____ |
| MIKE & MARTIN'S ASPHALT, LLC | ) | |
| And KALEB SHAYNE MARTIN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that, pursuant to Local Rules 5.4(A) and 26.3(A), I have served upon all Defendants in the foregoing matter a copy of the following:

1. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT KALEB SHAYNE MARTIN;

2. PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT KALEB SHAYNE MARTIN;

3. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MIKE & MARTIN'S ASPHALT, LLC; AND

4. PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MIKE & MARTIN'S ASPHALT, LLC.

This 9th day of September, 2022.

Respectfully Submitted,

/s/ Hector J. Rojas, Jr.
Hector J. Rojas, Jr., Esq.
Georgia Bar Number 996098
Attorney for Plaintiff

**Morgan & Morgan Atlanta, PLLC**
P.O. Box 57007
Atlanta, Georgia 30343-1007
Tel: (404) 965-8837
hrojasjr@forthepeople.com